# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 20-02304-JLS (JDEx) | Date | February 16, 2021 |
|---|---|---|---|
| Title | James L. Hysten v. Banner Bank | | |

PRESENT: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

Melissa Kunig
Deputy Clerk

Not Reported
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present         None Present

**PROCEEDINGS:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE SANCTIONS

On December 30, 2020, this Court issued its Order Setting Scheduling Conference (Doc. 12), ordering the parties to meet at least 21 days before the scheduling conference and file a Joint 26(f) Report ("Report") no later than 14 days before the date set for the scheduling conference, which was set for February 19, 2021. Instead the parties met on February 15, 2021 and filed the report yesterday, February 16, 2021. Moreover, the Court's Order Setting Scheduling Conference attached a blank Exhibit A. (Doc. 12 at 7.) The Joint Rule 26(f) Report filed by the parties did not include the completed Exhibit A. (Doc. 14.)

The Court hereby ORDERS both parties, to show cause in writing no later than **February 23, 2021**, why they should not be sanctioned for failure to comply with this Court's Order Setting Scheduling Conference, which response shall be accompanied by the filing of a revised Joint Report that includes a completed Exhibit A. The hearing set for February 19, 2021 at 10:30 a.m. is VACATED.

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the required documents on or before the date upon which a response is due. Failure to timely and adequately respond may result in further sanctions, up to and including the dismissal of this action.

                                             _____ : _____

                        Initials of Deputy Clerk    mku