UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:20-cv-02304-JLS-JDE                                    Date: September 21, 2022
Title: In re: Banner Bank

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| V. R. Vallery | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                             Not Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER TO SHOW CAUSE RE SUMMARY JUDGMENT IN FAVOR OF DEFENDANT AS TO PLAINTIFFS' STATE LAW CLAIMS**

Defendant Banner Bank contends that Plaintiffs' state law claims are preempted by the Fair Credit Reporting Act ("FCRA"). (*See, e.g.*, Second Amended Pretrial Conference Order at 23–24, Doc. 98.)  In the interest of judicial efficiency, the Court deems that this issue should be resolved in advance of trial.  Accordingly, the Court orders Plaintiffs to show cause, in writing, why summary judgment should not be granted to Defendant as to Plaintiffs' state law claims.  *See* Fed. R. Civ. Proc. 56(f).  The Court also orders Defendant to provide supplemental briefing in support of its preemption defense as to Plaintiffs' state law claims.  The parties shall have **fourteen (14) days** from the issuance of this order to submit briefing that addresses whether Plaintiffs' state law claims are preempted.  Once the parties have submitted their briefing, the matter shall be considered under submission with the Court unless otherwise ordered.

Initials of Preparer:  vrv