# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

*In re Banner Bank*

Case No.  8:20-cv-02304-JLS-JDE

**FINAL JUDGMENT**

This action came on for a jury trial on December 6, 2022 and December 8, 2022, with the Honorable Judge Josephine L. Staton presiding.

Pursuant to the Court's Order Granting Defendant's Motion for Judgment as a Matter of Law (Doc. 118), filed December 16, 2022, judgment is entered in favor for Defendant BANNER BANK and against Plaintiffs JAMES L. HYSTEN and DELLA BOND HYSTEN.

**IT IS SO ORDERED.**

DATED: January 03, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE